BUCKLEYSANDLER LLP
DONNA L. WILSON (SBN 186984)
dwilson@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Phone (424) 203-1000
Fax (424) 203-1019

Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AHMED ABDELFATTAH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a limited liability corporation,<br><br>Defendant. | Case No. 5:12-cv-04656-~~HRL~~<br><br>[~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND CHANGING INITIAL CASE SCHEDULING ORDER |

WHEREAS, the parties have stipulated pursuant to Local Civil Rule 6-1(a) to extend Carrington Mortgage Services, LLC's ("Carrington") time to answer or otherwise respond to the Complaint, up to and including October 23, 2012; and

WHEREAS, the parties have also stipulated, pursuant to Local Civil Rules 6-1(b) and 6-2, to request that the Court re-set the dates of the Initial Case Management Conference and other deadlines, as available on the Court's calendar;

THEREFORE, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED as follows:

The time for Carrington to answer or otherwise respond to the Complaint is extended up to and including October 23, 2012.

1

[~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND CHANGING INITIAL CASE SCHEDULING ORDER CASE NO. 5:12-CV-04656-HRL

IT IS FURTHER ORDERED as follows:

1. The last day to meet and confer regarding the initial disclosures, early settlement, ADR process selection, and discovery plan is continued from October 9, 2012 to October 23, 2012;

2. The last day to file the ADR Certification signed by parties and counsel is continued from October 9, 2012 to October 23, 2012;

3. The last day to file either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued from October 9, 2012 to October 23, 2012;

4. The last day to file the Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report and file the Case Management Statement is continued from October 23, 2012 to November 6, 2012; and

5. The Initial Case Management Conference is continued from October 30, 2012 until ~~November 13, 2012 at 1:30 p.m.~~ to 1/10/2013 at 10:30 a.m.

Dated: 10/11/12

*Ronald M. Whyte*

Honorable ~~Howard R. Lloyd~~ Ronald M. Whyte
~~Magistrate~~ Judge of the United States District Court

2

[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND CHANGING INITIAL CASE SCHEDULING ORDER CASE NO. 5:12-CV-04656-HRL