CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
WILLIAM E. KENNEDY (CSB #158214)
(wkennedy@kennedyconsumerlaw.com)
2797 Park Avenue, Suite 201
Santa Clara, CA  95050
(408) 241-1000 -TEL
(408) 241-1500 – FAX

LAW OFFICE OF TYLER S. HINZ
TYLER S. HINZ (CSB #280612)
(Tyler.Consumer@gmail.com)
2797 Park Ave, Suite 201
Santa Clara CA, 95050
(408)218-6665-Tel

Attorneys for Plaintiff AHMED ABDELFATTAH and others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AHMED ABDELFATTAH, an individual<br><br>             Plaintiff,<br><br>     vs.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a limited liability corporation.<br><br>             Defendant. | Case No.: CV12-04656 RMW<br><br>**STIPULATION AND []<br>ORDER TO TAKE MOTION TO<br>DISMISS OFF CALENDAR, TO SET<br>DEADLINE TO RESPOND TO FIRST<br>AMENDED COMPLAINT, AND TO<br>CONTINUE CASE MANAGEMENT<br>DEADLINES AND INITIAL CASE<br>MANAGEMENT CONFERENCE** |

**STIPULATION**

WHEREAS, on October 11, 2012, in response to a proposed stipulation by the parties, the

Court entered an "ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

AND CHANGING INITIAL CASE SCHEDULING ORDER." The Order continued from October

23, 2012 to November 16, 2012 the deadline to "file the Rule 26(f) Report, complete initial

disclosures or state objection in the Rule 26(f) Report and file the Case Management Statement."
The Order also continued the Initial Case Management Conference from October 30, 2012 to
November 30, 2012 at 10:30 a.m.;

 WHEREAS, on October 23, 2012, Defendant Carrington Mortgage Services, LLC
("Carrington") filed a Motion to Dismiss which is currently calendared for November 30, 2012;

 WHEREAS, on November 5, 2012, Plaintiff Ahmed Abdelfattah filed a First Amended
Complaint;

 WHEREAS, the parties agree that Carrington's Motion to Dismiss should be taken off
calendar in light of the filing of the First Amended Complaint;

 WHEREAS, the parties agree that Carrington should have thirty (30) days from the filing of
the First Amended Complaint, i.e. until December 5, 2012, to file a responsive pleading;

 WHEREAS, Carrington plans to file a second Motion to Dismiss, which will be set for
hearing on or about January 11, 2013 at 9:00 a.m.;

 WHEREAS, in light of the second Motion to Dismiss, the parties, pursuant to Local Rules 6-1(b) and 6-2, seek to continue the deadline to file the Rule 26(f) Report, complete initial disclosures
or state objection in the Rule 26(f) Report and file the Case Management Statement until January 25,
2013, and continue the Initial Case Management Conference to February 15, 2013.

**SO STIPULATED**

Dated: November 6, 2012    LAW OFFICE OF WILLIAM E. KENNEDY
             LAW OFFICE OF TYLER S. HINZ

               /s/
             William E. Kennedy
             Attorneys for Plaintiff Ahmed Abdelfattah
             and others similarly situated

| | |
|---|---|
| Dated: November 6, 2012 | BUCKLEYSANDLER LLP |
| | |
| | _____/s/_____ |
| | Donna L. Wilson |
| | Attorneys for Defendant Carrington Mortgage Services, LLC |

## ORDER

**PURSUANT TO STIPULATION**, **IT IS ORDERED** that

1. The Motion to Dismiss filed by Carrington Mortgage Services, LLC currently calendared for hearing on November 30, 2012 is ordered off calendar;

2. Defendant Carrington Mortgage Services, LLC's deadline to file a responsive pleading to the First Amended Complaint is December 5, 2012;

3. The parties' deadline to file the Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report and file the Case Management Statement is continued from November 16, 2012 to January 25, 2013; and

4. The Initial Case Management Conference is continued from November 30, 2012 at 10:30 a.m. to February 15, 2013 at 10:30 a.m.

**SO ORDERED**

Öæ^ḰFFÐÍÐFG

_____
Hon. Ronald M. Whyte
U.S. District Court Judge