BUCKLEYSANDLER LLP
DONNA L. WILSON (SBN 186984)
JOHN W. MCGUINNESS (SBN 277322)
dwilson@buckleysandler.com
jmcguinness@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Phone (310) 424-3900
Fax (310) 424-3960

Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED ABDELFATTAH, an individual<br><br>Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a limited liability corporation,<br><br>Defendant. | Case No. 5:12-cv-04656-RMW<br><br>[PROPOSED] ORDER ENLARGING TIME OF BRIEFING SCHEDULE FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT |

WHEREAS, the parties have stipulated pursuant to Local Civil Rules 6-1(b) and 6-2 to request an order from the Court extending the briefing deadlines and hearing date on Defendant Carrington Mortgage Services, LLC's ("Carrington") pending Motion to Dismiss First Amended Complaint (the "Motion");

THEREFORE, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED as follows:

1. The deadline for Plaintiff Ahmed Abdelfattah to file his opposition to the Motion is continued from December 19, 2012 to and including December 28, 2012;

2. The deadline for Carrington to file its reply in support of the Motion is continued from December 26, 2012 to and including January 11, 2013;

3. The hearing date on the Motion is continued from the noticed date of January 11, 2013 to January 25, 2013 at 9:00 a.m.

Dated: _____

*Ronald M. Whyte*
Honorable Ronald M. Whyte
Senior District Judge
United States District Court

---

2
[PROPOSED] ORDER ENLARGING TIME OF BRIEFING SCHEDULE FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. 5:12-CV-04656-RMW