BUCKLEYSANDLER LLP
DONNA L. WILSON (SBN 186984)
JOHN W. MCGUINNESS (SBN 277322)
dwilson@buckleysandler.com
jmcguinness@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA  90401
Phone (310) 424-3900
Fax (310) 424-3960

Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| AHMED ABDELFATTAH, an individual,<br><br>                            Plaintiff,<br>v.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a limited liability corporation,<br><br>                            Defendant. | Case No. 5:12-cv-04656-RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Declaration of Donna L. Wilson filed concurrently herewith] |

## STIPULATION

WHEREAS, defendant Carrington Mortgage Services, LLC ("Carrington") filed its Motion to Dismiss the First Amended Complaint (the "Motion") on December 5, 2012;

WHEREAS, oral argument for the Motion was heard before this Court on January 25, 2013 and the Motion has been submitted for decision;

WHEREAS, the parties' current deadline to file the Rule 26(f) Report, complete initial disclosures or state objections to the Rule 26(f) Report, and file the Case Management Statement was January 25, 2013;

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES AND INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 5:12-CV-04656-RMW

WHEREAS, the ADR Phone Conference is currently scheduled for February 12, 2013 at 10:30 a.m.;

WHEREAS, the Initial Case Management Conference is currently scheduled for February 15, 2013 at 10:30 a.m.;

NOW, THEREFORE, Plaintiff Ahmed Abdelfattah and Carrington, by and through their respective counsel of record, do hereby stipulate to request an order from the Court, pursuant to Local Civil Rules 6-1(b) and 6-2, re-setting the dates, subject to the Court's availability, to allow for the resolution of Carrington's pending Motion, as follows:

1. The deadline to file the Rule 26(f) Report, complete initial disclosures or state objections to the Rule 26(f) Report, and file the Case Management Statement is continued from January 25, 2013 to and including March 8, 2013;
2. The ADR Phone Conference is continued from February 12, 2013 at 10:30 a.m. to March 26, 2013 at a time to be specified by the ADR Department.
3. The Initial Case Management Conference is continued from February 15, 2013 at 10:30 a.m. to March 29, 2013 at 10:30 a.m.
4. If a decision on the Motion has not been issued by the time of the aforementioned deadlines, the parties will file a stipulation and [proposed] order seeking a further continuance of these deadlines.

**SO STIPULATED.**

Dated: January 29, 2013                    CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY

By: _____/s/_____
WILLIAM E. KENNEDY
Attorneys for Plaintiff
Ahmed Abdelfattah

Dated: January 29, 2013                                                BUCKLEYSANDLER LLP

                                                                       By: :_____/s/_____
                                                                            DONNA L. WILSON
                                                                            JOHN W. MCGUINNESS
                                                                            Attorneys for Defendant
                                                                            Carrington Mortgage Services, LLC

[<s>PROPOSED</s>] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED that**

1. The deadline to file the Rule 26(f) Report, complete initial disclosures or state objections to the Rule 26(f) Report, and file the Case Management Statement is continued from January 25, 2013 to and including March 8, 2013;

2. The ADR Phone Conference is continued from February 12, 2013 at 10:30 a.m. to March 26, 2013 at a time to be specified by the ADR Department.

3. The Initial Case Management Conference is continued from February 15, 2013 at 10:30 a.m. to March 29, 2013 at 10:30 a.m.

4. If a decision on the Motion has not been issued by the time of the aforementioned deadlines, the parties will file a stipulation and [proposed] order seeking a further continuance of these deadlines.

**SO ORDERED.**

Dated: 2/12/13                                              *Ronald M. Whyte*
                                                            _____
                                                            Honorable Ronald M. Whyte
                                                            Senior District Judge
                                                            United States District Court

3

STIPULATION AND [<s>PROPOSED</s>] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES AND INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 5:12-CV-04656-RMW