1  BUCKLEYSANDLER LLP
   DONNA L. WILSON (SBN 186984)
2  JOHN W. MCGUINNESS (SBN 277322)
   dwilson@buckleysandler.com
3  jmcguinness@buckleysandler.com
   100 Wilshire Boulevard, Suite 1000
4  Santa Monica, CA  90401
   Phone (310) 424-3900
5  Fax (310) 424-3960

6  Attorneys for Defendant
   CARRINGTON MORTGAGE SERVICES, LLC

7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN JOSE DIVISION**

11

| | |
|---|---|
| AHMED ABDELFATTAH, an individual<br><br>                              Plaintiff,<br><br>          v.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a limited liability corporation,<br><br>                              Defendant. | Case No. 5:12-cv-04656-RMW<br><br>**STIPULATION AND []<br>ORDER TO CONTINUE BRIEFING<br>SCHEDULE ON CARRINGTON<br>MORTGAGE SERVICES, LLC'S<br>MOTION TO STRIKE**<br><br>[Declaration of John W. McGuinness filed concurrently herewith]<br><br>Judge:   Hon. Ronald M. Whyte |

                            **STIPULATION**

    WHEREAS, at the Case Management Conference held on March 29, 2013, the Court directed defendant Carrington Mortgage Services, LLC ("CMS") to file a motion to strike on April 18, 2013 (the "Motion"), and set a hearing date for that motion on May 24, 2013;

    WHEREAS, pursuant to the briefing schedule set by the Court, Plaintiff Ahmed Abdelfattah's ("Plaintiff") deadline to file his brief opposing the Motion is May 2, 2013, and CMS's deadline to file a reply brief in support of the Motion is May 9, 2013;

WHEREAS, should the [proposed] order pursuant to this Stipulation be granted, the current hearing date of May 24, 2013 will be unaffected;

NOW, THEREFORE, Plaintiff and CMS, by and through their respective counsel of record, do hereby stipulate to request an order from the Court, pursuant to Local Civil Rules 6-1(b) and 6-2, extending the deadlines for the opening brief on the Motion, opposition to the Motion, and reply brief in support of the Motion as follows:

1. The deadline to file the opening brief in support of the Motion is continued from April 18, 2013 to and including April 19, 2013;
2. The deadline to file the brief in opposition to the Motion is continued from May 2, 2013 to and including May 3, 2013; and
3. The deadline to file a reply brief in support of the Motion is continued from May 9, 2013 to and including May 10, 2013.

**SO STIPULATED.**

Dated:  April 17, 2013                                CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY


                                                                By:_____/s/_____
                                                                        WILLIAM E. KENNEDY
                                                                        Attorneys for Plaintiff
                                                                        Ahmed Abdelfattah



Dated:  April 17, 2013                                BUCKLEYSANDLER LLP


                                                                By: :_____/s/_____
                                                                        DONNA L. WILSON
                                                                        JOHN W. MCGUINNESS
                                                                        Attorneys for Defendant
                                                                        Carrington Mortgage Services, LLC

**[] ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED that**

1. The deadline to file the opening brief in support of the Motion is continued from April 18, 2013 to and including April 19, 2013;
2. The deadline to file the brief in opposition to the Motion is continued from May 2, 2013 to and including May 3, 2013; and
4. The deadline to file a reply brief in support of the Motion is continued from May 9, 2013 to and including May 10, 2013.

**SO ORDERED.**

Dated: _____

_Ronald M. Whyte_
Honorable Ronald M. Whyte
Senior District Judge
United States District Court

3

STIPULATION AND [] ORDER TO CONTINUE BRIEFING SCHEDULE ON
CARRINGTON MORTGAGE SERVICES, LLC'S MOTION TO STRIKE
CASE NO. 5:12-CV-04656-RMW