MANATT, PHELPS & PHILLIPS, LLP
Donna L. Wilson (SBN: 186984)
E-mail: DWilson@manatt.com
John W. McGuinness (SBN: 277322)
E-mail: JMcGuinness@manatt.com
Brandon P. Reilly (SBN: 278012)
E-mail: BReilly@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

*E-FILED - 10/22/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| AHMED ABDELFATTAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a limited liability corporation,<br><br>Defendant. | CASE NO. 5:12-CV-04656-RMW<br><br>**NOTICE OF SUBSTITUTION OF FIRMS AND ~~[PROPOSED]~~ ORDER GRANTING SUBSTITUTION**<br><br>Judge: Hon. Ronald M. Whyte |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that, subject to approval by the Court, Carrington Mortgage Services, LLC ("CMS") substitutes Manatt, Phelps & Phillips, LLP as counsel of record in place of BuckleySandler LLP. Notwithstanding the substitution of firms, the current attorneys of record shall remain as counsel to CMS. Their new contact information is as follows:

MANATT, PHELPS & PHILLIPS, LLP
Donna L. Wilson (SBN: 186984)
E-mail: DWilson@manatt.com
John W. McGuinness (SBN: 277322)
E-mail: JMcGuinness@manatt.com
Brandon P. Reilly (SBN: 278012)
E-mail: BReilly@manatt.com

11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

I consent to the above substitution.

Dated: September 10, 2013 CARRINGTON MORTGAGE SERVICES, LLC

By: : /s/
Chuck Houston

I consent to the above substitution.

Dated: September 10, 2013 MANATT, PHELPS & PHILLIPS, LLP

By: : /s/
Donna L. Wilson
*Attorneys for Defendant*

I consent to the above substitution.

Dated: September 10, 2013 MANATT, PHELPS & PHILLIPS, LLP

By: : /s/
John W. McGuinness
*Attorneys for Defendant*

I consent to the above substitution. I certify that I have received consent to sign on the behalf of the persons indicated above.

Dated: September 10, 2013 MANATT, PHELPS & PHILLIPS, LLP

By: /s/
Brandon P. Reilly
*Attorneys for Defendant*

# ~~[PROPOSED]~~ ORDER

The substitution of firms is hereby approved and so ORDERED.

Date: 10/22/13

Ronald M. Whyte

Honorable Ronald W. Whyte
Senior District Judge
United States District Court