MANATT, PHELPS & PHILLIPS, LLP
DONNA L. WILSON (SBN: 186984)
JOHN W. MCGUINNESS (SBN: 277322)
dlwilson@manatt.com
jmcguinness@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| AHMED ABDELFATTAH, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a limited liability corporation,<br><br>    Defendant. | CASE NO. 5:12-CV-04656-RMW<br><br>**STIPULATION AND [] ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Ronald M. Whyte |

**STIPULATION**

WHEREAS, the Court granted Defendant Carrington Mortgage Services, LLC's ("CMS") Motion to Strike Class Allegations on October 21, 2013, granting Plaintiff Ahmed Abdelfattah ("Plaintiff") leave to amend the First Amended Complaint pursuant to the Order by November 20, 2013;

WHEREAS, Plaintiff filed a Motion for Leave to File Second Amended Complaint (the "Motion for Leave") on November 20, 2013, along with the accompanying Declaration of William E. Kennedy in support of the Motion for Leave, which attached as Exhibit 1 thereto a proposed Second Amended Complaint ("SAC");

WHEREAS, the Parties believe that it will be most efficient for the Court and for the Parties to proceed to responsive pleadings with respect to the proposed SAC;

WHEREAS, by this Stipulation, there is no waiver of CMS's right to answer, move, or otherwise respond to the SAC;

NOW, THEREFORE, Plaintiff and CMS, by and through their respective counsel of record, do hereby stipulate to and request an order from the Court, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Rule 7-12, as follows:

1. Plaintiff be granted leave to file the SAC as requested in Plaintiff's Motion for Leave;

2. Upon the Court's Order pursuant to this Stipulation, Plaintiff is to file the SAC within three court days;

3. CMS reserves all of its rights, without waiver, to answer, move or otherwise respond to the SAC;

4. CMS will answer, move or otherwise respond to the SAC by January 6, 2014; and

5. Should CMS respond to the SAC by filing a motion, the briefing schedule will be as follows:

    a. CMS's deadline to file its motion is January 6, 2014;

    b. Plaintiff's deadline to file an opposition brief is January 20, 2014;

    c. CMS's deadline to file a reply brief is January 27, 2014;

    d. The hearing on the motion, if necessary, is February 14, 2014, or as soon thereafter as the matter may be heard by the Court.

**SO STIPULATED.**

Dated:   December 3, 2013          CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY


By:  :    /s/
        WILLIAM E. KENNEDY
        Attorneys for Plaintiff
        Ahmed Abdelfattah

| | | |
|---|---|---|
| 1 | Dated: December 3, 2013 | MANATT, PHELPS & PHILLIPS, LLP |

By: :  /s/
    DONNA L. WILSON
    JOHN M. MCGUINNESS
    Attorneys for Defendant
    Carrington Mortgage Services, LLC

**[] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: FGĐĎÏ ĐĐH

*Ronald M. Whyte* (signature)
Honorable Ronald W. Whyte
Senior District Judge
United States District Court