MANATT, PHELPS & PHILLIPS, LLP
DONNA L. WILSON (SBN: 186984)
JOHN W. MCGUINNESS (SBN: 277322)
dlwilson@manatt.com
jmcguinness@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| AHMED ABDELFATTAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a limited liability corporation,<br><br>Defendant. | CASE NO. 5:12-CV-04656-RMW<br><br>**STIPULATION AND [] ORDER ENLARGING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>[Declaration of Donna L. Wilson filed concurrently herewith]<br><br>Judge:  Hon. Ronald M. Whyte |

**STIPULATION**

WHEREAS, the Court granted the stipulation of Defendant Carrington Mortgage Services, LLC ("CMS") and Plaintiff Ahmed Abdelfattah ("Plaintiff") on December 17, 2013 wherein the Parties agreed, among other things, that Plaintiff be granted leave to file the Second Amended Complaint ("SAC") as proposed and that the deadline for CMS to answer, move, or otherwise respond to the SAC is January 6, 2014, with subsequent briefing deadlines, if necessary, following thereafter as specified;

NOW, THEREFORE, Plaintiff and CMS, by and through their respective counsel of record, do hereby stipulate to and request an order from the Court, pursuant to Local Civil Rules 6-1(b) and 6-2, to enlarge CMS's time to answer, move or otherwise respond to the SAC as follows:

1. CMS will answer, move or otherwise respond to the SAC by January 13, 2014; and

2. Should CMS respond to the SAC by filing a motion, the briefing schedule will be as follows:

   a. CMS's deadline to file its motion is January 13, 2014;

   b. Plaintiff's deadline to file an opposition brief is January 27, 2014;

   c. CMS's deadline to file a reply brief is February 3, 2014;

   d. The hearing on the motion, if necessary, is February 21, 2014, or as soon thereafter as the matter may be heard by the Court.

**SO STIPULATED.**

Dated: January 3, 2014         CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY

By: : ___/s/___
TYLER S. HINZ
Attorneys for Plaintiff
Ahmed Abdelfattah

Dated: January 3, 2014         MANATT, PHELPS & PHILLIPS, LLP

By: : ___/s/___
DONNA L. WILSON
JOHN M. MCGUINNESS
Attorneys for Defendant
Carrington Mortgage Services, LLC

1
2   **[] ORDER**
3   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
   Dated:  1/13/14                          /s/ Ronald M. Whyte
5                                           Honorable Ronald W. Whyte
6                                           Senior District Judge
                                            United States District Court