UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED ABDELFATTAH, an individual )<br>)<br>            Plaintiff, )<br>    vs. )<br>)<br>CARRINGTON MORTGAGE SERVICES LLC, a )<br>limited liability corporation. )<br>)<br>            Defendant. )<br>)<br>_____ ) | Case No.: 5:12-CV-04656-RMW<br><br>**[] ORDER REGARDING STIPULATION TO STAY THE CASE 60 DAYS AND APPOINT A MAGISTRATE JUDGE FOR PURPOSES OF CONDUCTING A SETTLEMENT CONFERENCE**<br><br>Hon. Ronald M. Whyte |

Having reviewed the parties' Stipulation to Stay the Case 60 Days and Appoint a Magistrate Judge for Purposes of Conducting a Settlement Conference, the Court GRANTS the stipulation. All proceedings and deadlines in this action are stayed for 60 days from the date of this Order. The Court further refers this case to Magistrate Judge _____ for purposes of conducting a settlement conference within 60 days of this Order.

    IT IS SO ORDERED.

Dated: _____                    *Ronald M. Whyte*
                                                                   _____
                                                                   Hon. Ronald M. Whyte
                                                                   United State District Judge

312122700.1

ORDER REGARDING STIPULATION    ABDELFATTAH V. CARRINGTON MORTGAGE SERVICES, LLC - 1