MANATT, PHELPS & PHILLIPS, LLP
DONNA L. WILSON (SBN: 186984)
dlwilson@manatt.com
BRANDON P. REILLY (SBN: 278012)
breilly@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT

# SAN JOSE DIVISION

| | |
|---|---|
| AHMED ABDELFATTAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a limited liability corporation,<br><br>Defendants. | CASE NO. 5:12-CV-04656-RMW<br><br>**STIPULATION AND [] ORDER TO STAY THE CASE**<br><br>Judge:  Hon. Ronald M. Whyte |

## STIPULATION

Plaintiff Ahmed Abdelfattah ("Plaintiff") and Defendant Carrington Mortgage Services, LLC ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, this Action was placed on a 60-day stay on May 7, 2014 in order to allow for a settlement conference;

WHEREAS, the Court set a Case Management Conference for July 25, 2014;

WHEREAS the Parties reached a settlement on this Action at the Settlement Conference on June 27, 2014, *see* Minute Entry, ECF No. 58 (June 27, 2014);

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION AND [] ORDER
TO STAY THE CASE
CASE NO. 5:12-CV-04656-RMW

1   WHEREAS, as part of that settlement, the Parties agreed to request the Court for an additional four-month stay in this Action at or before the July 25, 2014 Case Management Conference to allow time to draft the Settlement Agreement and complete performance as described therein;

    THEREFORE, the Parties hereby stipulate and agree, and respectfully request that:

    (1)  The Court issue an Order staying all proceedings and deadlines until four (4) months from the date of this Order; and

    (2)  The Court remove the currently scheduled July 25, 2014 Case Management Conference from the calendar.

    IT IS SO STIPULATED.

Dated:   July 23, 2014          MANATT, PHELPS & PHILLIPS, LLP


                                By:  :  /s/
                                        Donna L. Wilson
                                        Brandon P. Reilly
                                        Attorneys for Defendant
                                        CARRINGTON MORTGAGE SERVICES LLC

Dated:   July 23, 2014          CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
                                LAW OFFICE OF TYLER S. HINZ


                                By:  :  /s/
                                        William E. Kennedy
                                        Tyler S. Hinz
                                        Attorneys for Plaintiff
                                        AHMED ABDELFATTAH

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION AND [] ORDER
TO STAY THE CASE
CASE NO. 5:12-CV-04656-RMW

1  **[] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  Dated: _____

                                                           */s/ Ronald M. Whyte*
Honorable Ronald W. Whyte
Senior District Judge
United States District Court

STIPULATION AND ORDER
TO STAY THE CASE
CASE NO. 5:12-CV-04656-RMW