CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
WILLIAM E. KENNEDY (CSB #158214)
wkennedy@kennedyconsumerlaw.com
2797 Park Avenue, Suite 201
Santa Clara, CA  95050
(408) 241-1000 - telephone
(408) 241-1500 – facsimile

LAW OFFICE OF TYLER S. HINZ
TYLER S. HINZ (CSB #280612)
Tyler.Consumer@gmail.com
2797 Park Ave, Suite 201
Santa Clara CA, 95050
(408) 218-6665-telephone

Attorneys for Plaintiff AHMED ABDELFATTAH and others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AHMED ABDELFATTAH, an individual<br><br>            Plaintiff,<br><br>     vs.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a limited liability corporation.<br><br>            Defendant. | Case No.: CV12-04656 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**The Hon. Ronald M. Whyte** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ahmed Abdelfattah and Defendant Carrington Mortgage Services LLC hereby

STIPULATION FOR DISMISSAL WITH PREJUDICE                                              1

stipulate to the voluntary dismissal of Plaintiff's claims against Carrington Mortgage Services LLC with prejudice.

**IT IS SO STIPULATED**.

Dated: November 17, 2014        LAW OFFICE OF TYLER S. HINZ
                                CONSUMER LAW OFFFICE OF WILLIAM E. KENNEDY

                    By:    /s/
                           William E. Kennedy
                           Attorneys for Plaintiff AHMED ABDELFATTAH


Dated: November 17, 2014        MANATT, PHELPS & PHILLIPS, LLP
                                DONNA L. WILSON
                                BRANDON REILLY

                    By:    /s/
                           DONNA L. WILSON
                           Attorneys for Defendant
                           CARRINGTON MORTGAGE SERVICES LLC

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2012 at Santa Clara, California.

STIPULATION FOR DISMISSAL WITH PREJUDICE                                        2